
Rockville MD 20857

MAR 3 1 2005

## CERTIFICATE OF INDEBTEDNESS

John A. White
1444 Rhode Island Ave. N.W., Apt. #808
Washington, D.C. 20005
Ref: 50002011

**Total debt due to the United States of America as of March 15, 2005: $90,222.29 (principal $88,246.72, interest $1,975.57, administrative costs $0.00).**

I certify that the Department of Health and Human Services records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $88,246.72 from March 15, 2005, at the rate of 5.125%. Interest accrues on the principal amount of this debt at the rate of $12.39 per day. Interest is computed at a variable rate and is adjusted quarterly. Due to the semi-annual compounding of interest, the current principal amount is greater than the original amount borrowed.

The claim arose in connection with a Government-insured Health Education Assistance Loan (HEAL) made by a private lender and assigned to the United States.

As a student at Temple University, you applied for and were granted the following Health Education Assistance Loans (HEAL), Section 701-720 of the Public Health Service Act (42 U.S.C. 292 f-p).

| Date of Promissory Note | Amount of Promissory Note | Date Approved | Amount Approved |
|---|---|---|---|
| 12/11/82 | $9,950.00 | 12/16/82 | $9,950.00 |
| 05/06/83 | $4,250.00 | 05/10/83 | $4,250.00 |

You signed promissory notes agreeing to repay the loans at a variable rate of interest beginning the first day of the tenth month after ceasing to be a full-time student or completing a residency program. The Student Loan Marketing Association (SLMA) purchased your notes and received an assignment.

Upon your leaving Temple University, you were furnished a repayment schedule by the Student Loan Servicing Center with notification that payments were to begin thereafter. You did not make any payments.

On August 20, 1987, the SLMA sent you a final demand letter to remit payment in full or your account would be filed as a default claim. You did not make any payments, nor did you respond.

Due to your failure to make payments, the SLMA filed an insurance claim on November 18, 1987, with the Department of Health and Human Services (HHS). The claim in the amount of $24,458.00 was paid on January 6, 1988, and an assignment of the notes was received.

Between January 19, 1988 and December 9, 1988, Skyline Credit Corporation sent you four (4) letters



PLAINTIFF'S EXHIBIT A

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS - JOHN A. WHITE

In letters dated September 12, 1988 and September 8, 1989, you were notified that the principal amount of your debt would be referred to the Internal Revenue Service (IRS) for offset of any tax refund to which you might be entitled unless payment in full was received.

By letter dated January 23, 1990, and March 8, 1990, you were notified that the previous holder of your HEAL placed you in default and assigned your notes to the United States Government. You were informed that your student loans were consolidated using the lowest interest rate allowable by law. Enclosed were instructions for entering into a repayment agreement (RA) with notice that it must be completed and returned within thirty (30) days. You did not respond.

In a letter dated September 27, 1990, you were notified that the principal amount of your debt would be referred to the IRS for offset of any tax refund to which you might be entitled unless payment in full was received.

On December 12, 1990, you were sent a final notice to respond within fifteen (15) days indicating how you intended to resolve your delinquent indebtedness. You were advised that failure to respond within fifteen (15) days or continued non-contact and non-cooperation would result in your case being referred to the U.S. Department of Justice (DOJ) for enforced collection.

In letters dated February 18, 1993, and October 26, 1993, you requested instructions on how to obtain a deferment since you were enrolled in a full time program.

You were informed that due to your default status you were not eligible for a deferment.

In a letter dated December 30, 1993, you were sent a reconstruction of your payment history and you were advised as to why you were included in the listing of the Federal Register.

On January 9, 2004, you were notified that you had sixty (60) days in which to resolve your delinquent debt. You were advised that if you were unwilling to establish a RA, your case would be immediately referred to the Office of the Inspector General (OIG) for exclusion from participation in the Medicare/Medicaid Programs. The letter also informed you that in the event you did not enter into a RA, your debt would be referred to the DOJ for enforced collection. You did not comply.

By letter dated April 30, 2004, you were notified that your account had been referred to OSI Collection Services for collection. You were advised that your account would be referred to the DOJ if you failed to either remit payment in full or enter into a RA. You did not comply.

On October 14, 2004, you were notified that you had sixty (60) days in which to resolve your delinquent debt. You were advised that if you were unwilling to establish a RA, your case would be immediately referred to the OIG for exclusion from participation in the Medicare/Medicaid Programs. The letter also informed you that in the event you did not enter into a RA, your debt would be referred to the DOJ for enforced collection. You did not comply.

## PAGE 3 - CERTIFICATE OF INDEBTEDNESS - JOHN A. WHITE

Repeated attempts by HHS have been unsuccessful in establishing an acceptable repayment schedule for your debt. Because of your lack of cooperation the federal government is exercising its option and declaring your note due and payable. Accordingly, your debt has now been referred to the DOJ for enforced collection.

The amount due should be remitted by check, draft or money order(s) payable to the "U.S. Department of Justice" and mailed directly to the United States Attorney, District of Columbia, Judiciary Center Bldg., 555 4th St. N.W., Rm 10-312, Washington, D.C. 20001.

**CERTIFICATION:** *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

MAR 3 1 2005

Date

Barry M. Blum
Chief, Referral Control Section
Debt Management Branch