# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

United States of America
Plaintiff(s)

Case Number: <u>1:05CV01295 JGP</u>

vs

John A. White
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on September 6, 2005 at 9:30 PM, I executed service of process upon Perry O'Connor, roommate, authorized to accept service of **JOHN A. WHITE** at 1444 Rhode Island Ave #808, Washington, DC 20005, by delivering to and leaving with personally, copies of Summons in a Civil Action, Notice of Right to Consent to Trial before a United States Magistrate Judge, Complaint & Exhibits.

Perry O'Connor is described as a Black Male, approximately 5' 11" tall, 180-190 pounds, Brown eyes, Black hair, and 39 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 40 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

The cost of service is $40.50

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on September 7, 2005.

Date September 7, 2005.

_____
Alex M. Hernandez


WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on September 7, 2005.

*Rosanna Settles*

My Commission Expires:   Rosanna Settles
Notary Public, District of Columbia
My Commission Expires 10-31-2006