Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

v.

Civil Action No. 05-1295(JGP)

JOHN A. WHITE

    Defendant(s)

RE: JOHN A. WHITE

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on September 6, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 11th day of October, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____

Deputy Clerk