IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| v. | Case No. 1:05-CV-1295-JGP |
| JOHN A. WHITE | |
| Defendant | |

### CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT WITH AN AWARD OF ATTORNEYS FEES

Comes now the defendant, John A. White, through counsel, Lynn H. Johnson, and moves to extend the time limit for responding to Plaintiff's Application for Default Judgment with an Award of Attorneys Fees. In support thereof, defendant states as follows:

1. The Plaintiff's Application for Default Judgment with an Award of Attorneys Fees was filed and mailed to Defendant on October 14, 2005. A response to that motion is due on October 28, 2005.

2. The undersigned was just hired on October 28, 2005 in order to represent Mr. White, and needs additional time to respond to Plaintiff's Application.

3. There are also some underlying issues which need to be addressed, including whether a default was properly obtained, as Mr. White claims that he was not served with process in this matter and was only aware of the existence of the lawsuit when he received the Plaintiff's Application by mail.

4. Plaintiff's counsel has graciously agreed to extend the time to file a response for ten days until November 7, 2005 in a telephone conversation held earlier today

WHEREFORE, Defendant respectfully requests that the time to file a response to Plaintiff's Application for Default Judgment with an Award of Attorneys Fees be extended to November 7, 2005.

        Respectfully submitted,

        JOHNSON & PAVUK

        By

        _____
        Lynn H. Johnson, Esq., Bar # 955237
        1413 K St., NW, Suite 1500
        Washington, DC  20005
        Tele. (202) 371-0962
        Fax: (202) 842-2938
        Counsel for Defendant

## *POINTS AND AUTHORITIES*

1) Fed. R. Civ. P. 6(b)(1).

2) The record herein.

_____
        Lynn H. Johnson

## *CERTIFICATE OF SERVICE*

    I hereby certify that a copy of the foregoing CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT WITH AN AWARD OF ATTORNEYS FEES, Points and Authorities, and proposed Order was filed by ECF upon Thomas Mauro, Counsel for Plaintiff, this 28th day of October 2005.

_____
        Lynn H. Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff | |
| v. | Case No. 1:05-CV-1295-JGP |
| JOHN A. WHITE | |
| Defendant | |

**O R D E R**

\_\_\_\_\_Upon consideration of the Consent Motion to Extend Time to Respond to Plaintiff's Application for Default Judgment with an Award of Attorneys Fees, and good cause having been shown, it is by this Court this \_\_\_\_ day of _____ 2005;

ORDERED, that the Consent Motion to Extend Time to Respond to Plaintiff's Application for Default Judgment with an Award of Attorneys Fees be and hereby is granted; and it is further

ORDERED, that the time for Defendant to respond to the Application for Default Judgment with an Award of Attorneys Fees is extended to November 7, 2005.

_____
Judge John Garrett Penn

Copies to:

Thomas A. Mauro, Esq.
Mauro Law Offices, P.C.
1020 - 19th Street, NW, Suite 400
Washington, DC 20036

Lynn H. Johnson, Esquire
JOHNSON & PAVUK
1413 K St., NW, Suite 1500
Washington, DC 20005