IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>JOHN A. WHITE, )<br>      Defendant. )<br>) | Civil Action No. 1:05CV01295 JGP |

PRAECIPE OF DISMISSAL

  The Clerk of the Court will please withdraw Plaintiff's Application for a Default Judgment With An Award of Attorneys Fees and dismiss the above captioned case without prejudice.  No answer has been filed.

November 4, 2005

Respectfully submitted,

_____/S/_____
Thomas A. Mauro
Attorney For Plaintiff
Bar No. 11007
1020 19TH Street, NW
 Suite 400
Washington, DC 20006
202-452-9865

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Praecipe of Dismissal was mailed, first class mail, postage this 4th day of November 2005 to the following:

Lynn H. Johnson, Esq.
1413 K Street, N.W., Suite 1500
Washington, DC 20005


_____/S/_____
Thomas A. Mauro